IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

INCLAN PAINTING AND
WATERPROOFING, CORP. a Florida
corporation,

    Plaintiff,                               CIVIL ACTION

v.

                                           Case No.

TRAVELERS CASUALTY AND SURETY
COMPANY, a foreign corporation,

    Defendant.
_____/

## TRAVELERS CASUALTY AND SURETY COMPANY'S NOTICE OF REMOVAL

Defendant, TRAVELERS CASUALTY AND SURETY COMPANY ("Travelers"), pursuant to 28 U.S.C. § 1441, files this Notice of Removal of this action to the United States District Court for the Southern District of Florida from the Circuit Court of the Eleventh Judicial District in and for Miami-Dade County, Florida where the action is now pending, and states:

1.    On June 26, 2019, Plaintiff, Inclan Painting & Waterproofing Corp. ("Inclan"), filed an action against Travelers in the Circuit Court of the Eleventh Judicial District in and for Miami-Dade County, Case No. 2019-019077-CA-01 (the "State Action"). A copy of the Complaint is attached hereto as Exhibit "A".

2.    Inclan asserts a count for breach of a payment bond issued by Travelers in connection with the construction of Baptist Health Hilton Hotel and Conference Center located in Miami-Dade County. *See* Ex. "A."

3.    Inclan served Travelers on July 3, 2019 and the pleadings remain open in the State Action.

4. Venue is proper in this Court because it is the "district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds the sum of $75,000. Therefore, this action is removable pursuant to 28 U.S.C. § 1441.

## I.     DIVERSITY OF CITIZENSHIP

6. At the time of the filing of the Complaint, and the time of filing this Notice, Inclan is a corporation organized and existing under the laws of Florida with its principal place of business located in Miami-Dade County, Florida. Ex. "A", ¶ 2. Therefore, Inclan is a citizen of Florida for purposes of determining diversity citizenship. 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business…"); *see also Nyambi v. Oscar*, Case No. 18-cv-20936, 2018 WL 3110790 (S.D. Fla. Mar. 16, 2018).

7. At the time of filing the Complaint, and the time of filing this Notice, Travelers is a foreign insurance company organized and existing under the laws of Connecticut with its principal place of business located in Connecticut. Therefore, Travelers is a citizen of Connecticut for purposes of determining diversity citizenship. 28 U.S.C. § 1332(c)(1).

8. Complete diversity exists between the Inclan and Travelers in accordance with 28 U.S.C. § 1332.

## II.    AMOUNT IN CONTROVERSY

9. The amount in controversy exceeds $75,000.

10. On the face of the Complaint, Inclan alleges that it is owed $157,506.12. Ex. A, ¶ 12-13.

11. Because the amount in controversy exceeds $75,000 and the parties are citizens of different states, this Court has subject matter jurisdiction under 28 U.S.C. § 1332 and this action is removable pursuant to 28 U.S.C. § 1441.

### III. PROCEDURAL REQUIREMENTS

12. This Notice is filed within the time provided for the removal of actions provided in 28 U.S.C. § 1446(b).

13. Pursuant to 28 U.S.C. § 1446(a), Travelers is attaching the Complaint (Ex. A) and process of service from the State Action. A true and correct copy of the process of service is attached hereto as Exhibit "B."

14. After filing this Notice of Removal, Travelers will promptly serve written notice of this Notice of Removal on counsel for all adverse parties and file the same with the clerk of court in the State Action as required by 28 U.S.C. § 1446(d).

WHEREFORE, Travelers requests that this action proceed in this Court as provided by law.

Respectfully submitted this 25 day of July, 2019.

/s/ *Christopher M. Horton*
Brian A. Wolf, Esq.
Florida Bar No. 983683
Christopher M. Horton, Esq.
Florida Bar No. 91161
SMITH, CURRIE & HANCOCK, LLP
101 N.E. Third Avenue, Suite 1910
Fort Lauderdale, FL 33301
Telephone: 954-761-8700
Facsimile: 954-524-6927
Primary Email: bawolf@smithcurrie.com
Primary Email: cmhorton@smithcurrie.com
Secondary Email: lcherubin@smithcurrie.com
Secondary Email: rweiner@smithcurrie.com
*Attorneys for Travelers Casualty and Surety Co.*